In the Matter of the Judicial Settlement of the Account of Proceedings of SAMUEL JACKSON, as Executor, etc., of ISABELLE GATSLICK, Deceased.— *Motion* denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

ABRAHAM J. HALPRIN v. WORBER CO., INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before November 15, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

NETTIE B. MOYSE v. ROSALIE GITTENS and Others.— Motion granted on condition that appeal be argued or submitted on the 19th day of November, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARGARET WALKER CROWELL v. WILLIAM BEERS CROWELL.— Motion granted on condition that appeal be argued or submitted on the 19th day of November, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of Proving the Last Will and Testament of ROBERT P. GREEN, Deceased.— Preference granted for November 18, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HENRIETTA C. STOW CLARE v. JOHN E. C. CLARE.— Motion granted as stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM JORING and Others v. PIERCE F. GROOME.— Motion granted, appellant's time to file the record and appellant's points extended to November 22, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of GEORGE TUTTLE BROKAW, Life Tenant under and by Virtue of the Last Will, etc., of ISAAC V. BROKAW, Deceased (Premises Northeast Corner of Fifth Avenue and Seventy-ninth Street, Manhattan).— Motion granted upon condition that the appeal be promptly prosecuted and with leave to move to vacate in case of delay on the part of appellants. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

COUGHLAN & COMPANY, INC., v. LOUIS TUROFF.— Motion granted on condition that appellant procure appeal to be brought on for argument on the 19th day of November, 1926. Present — Clarke, P. J., Dowling, Finch, · McAvoy and Martin, JJ.

NELLIE T. MCAVOY, as Sole Executrix, etc., v. SIDNEY C. SCHRAMME and Others.— Motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

REBECCA KOSSOWER, as Administratrix, etc., v. KEREN CORPORATION.— Motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

RACHEL L. BURT, Respondent, v. HARRIETT W. PETERS and Others, Defendants, Impleaded with L. M. BERKELEY, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.